UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ALLISON TIMMONS VRANA §<br>§<br>Plaintiff §<br>§<br>V. §<br>§ CAUSE NO. 04-10-CV-00306<br>UNIVERSITY OF NORTH TEXAS §<br>§<br>Defendant §<br>§ | |

## ORDER OF DISMISSAL

Came on to be heard Plaintiff's Notice of Nonsuit with Prejudice. The court hereby dismisses this action against University of North Texas System with prejudice, with each party to bear its own costs and attorney's fees.

It is so ordered.

SIGNED this the 28th day of July, 2011.

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE